UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                        Case No. 3:13-cr-88-01

MICHAEL BUCANNON

    Defendant.

---

**ORDER GRANTING DEFENDANT'S SECOND MOTION FOR RECONSIDERATION OF BOND (DOC. 38) AND SUPPLEMENTAL MOTION FOR RECONSIDERATION OF BOND (DOC. 47); AND ORDERING THE DEFENDANT RELEASED FROM JAIL**

---

On January 13, 2014, Defendant filed a Second Motion for Reconsideration of Bond (doc. 38). Defendant requested release with conditions pending his final disposition of the above captioned case. A hearing was held on January 21, 2014, at which the Court took the matter under advisement. Defendant then filed a Supplemental Motion for reconsideration of Bond (doc. 47) on February 25, 2014, requesting release due to the agreed upon sentencing range Defendant is facing.

Upon further report from Pretrial Services, as of March 21, 2014, a telephone line for electronic monitoring has been established at 1567 Blairwood Avenue, Dayton, Ohio. The Defendant plans to reside at said address until his final disposition. Defendant is currently in custody at the Butler County Jail.

The Court having giving consideration, finds that Defendant's motions are well-founded and grants Defendant's Motions for Reconsideration of Bond (docs. 38 and 47). It is further order of the Court that the Defendant be released immediately from custody and report to Pretrial Services. Defendant is to participate in home detention with electronic monitoring and abide by any conditions of release as determined appropriate by Pretrial Services. Order setting conditions of release to be entered separately.

**DONE** and **ORDERED** in Dayton, Ohio, this 24th day of March 2014.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT